IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

EMMANUEL POLINGA,

Petitioner,

vs.

WARDEN, MCCOOK DETENTION CENTER, et al.,

Respondents.

8:26-CV-435

ORDER

IT IS ORDERED that for the reasons stated in the Court's Memorandum and Order of September 14, 2026 (filing 17), the petitioner's "motion to reopen and reconsider" (filing 19) is denied.

Dated this 23rd day of September, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge